# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN SIBAYAN, *et al.*, | Case No. 18-cv-01115-BAS-BLM |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR REMAND** |
| v. | |
| USAA CASUALTY INSURANCE COMPANY, | [ECF No. 5] |
| Defendant. | |

Presently before the Court is the parties' joint motion to remand this action to state court. (ECF No. 5.) According to the parties, this action was removed from state court to federal court on the basis of diversity jurisdiction. (*Id.* at 2.) However, the wrong defendant—who qualified the matter for diversity jurisdiction—was sued, and once the correct defendant is named, the action no longer meets the requirements for diversity jurisdiction. (*Id.*) Therefore, the parties request that this Court remand the action to San Diego County Superior Court. (*Id.*) Having read and consider the moving papers, the Court **GRANTS** the joint motion (ECF No. 5) and **REMANDS** this case to San Diego County Superior Court.

**IT IS SO ORDERED.**

**DATED: August 1, 2018**

Hon. Cynthia Bashant
United States District Judge